J. J. ZORN, Doing Business as J. J. ZORN, GIN & WARE-
HOUSE COMPANY, v. ARTHUR JAMES.

165 So. 927.

Division B.

Opinion Filed January 14, 1936.

*E. C. Maxwell,* for Plaintiff in Error;

*D. Stuart Gillis,* for Defendant in Error.

TERRELL, J.—The record in this case has been examined and the questions raised found to be substantially the same as those raised in J. J. Zorn, *et al.,* v. T. J. Britton, a companion case decided June 12, 1935, reported in 120 Fla. 304, 162 So. 879. No briefs were filed in this case and it is agreed by counsel that the judgment in the last entitled case

would control in this. The judgment below is accordingly affirmed on authority of Zorn v. Britton, *supra.*

Affirmed.

ELLIS, P. J., and BUFORD, J., concur.

WHITFIELD, C. J., and BROWN and DAVIS, J. J., concur in the opinion and judgment.